**EXHIBIT A**

# ARCHER & GREINER

ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

| | |
|---|---|
| DAVID W. CARICKHOFF<br>ARCHER & GREINER<br>300 DELAWARE AVE., SUITE 1100<br>WILMINGTON, DE  19801 | Invoice Number:   4290495<br>Invoice Date:       06/15/23<br>Client Number:     CAR493<br><br>Matter Number: CAR493.97021 |

**For Professional Services Rendered Through  05/31/2023**

**Task Summary**

### Time Summary by Task

| Code | Description | Hours | Value |
|---|---|---|---|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 2.90 | 892.50 |
| 10 | FINANCING ISSUES (DIP FINANCING/CASH COLLATERAL) | 19.30 | 9,052.50 |
| 12 | SALE OF ASSETS | 11.40 | 5,325.00 |
| 13 | STAY RELIEF ISSUES | 2.00 | 990.00 |
| 17 | HEARINGS - PREPARATION AND ATTENDANCE | 3.00 | 942.00 |
| 18 | OTHER LITIGATION | 0.30 | 142.50 |
| 3 | EXECUTORY CONTRACTS AND UNEXPIRED LEASES | 2.50 | 1,204.50 |
| 6 | CASE ADMINISTRATION | 2.00 | 984.00 |
| | **TOTAL FEES** | **43.40** | **19,533.00** |

### Expense Summary by Task

| Code | Description | Expenses |
|---|---|---|
| E101 | COPYING | 5.40 |
| E107 | DELIVERY SERVICES/MESSENGERS | 313.66 |
| | **TOTAL DISBURSEMENTS** | **319.06** |
| | **TOTAL INVOICE** | **19,852.06** |

CAR493        CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:    4290495
CAR493.97021  IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY                  Page 2

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/25/22 | Email C. Hansen re Archer employment application | 1 | 0.10 | B. J. Hall | 46.50 |
| 07/26/22 | Review and revise draft Archer employment application | 1 | 0.50 | B. J. Hall | 232.50 |
| 07/26/22 | Draft A&G Retention Application. | 1 | 1.30 | C. E. Hansen | 292.50 |
| 08/11/22 | Finalize, file, and coordinate service of Archer employment application | 1 | 0.20 | B. J. Hall | 93.00 |
| 08/12/22 | Draft, file, and coordinate service of amended notice of Archer employment application | 1 | 0.20 | B. J. Hall | 93.00 |
| 08/26/22 | Draft and e-file CNO re: A&G Retention Application. | 1 | 0.40 | C. E. Hansen | 90.00 |
| 08/29/22 | Serve A&G Retention Orders. | 1 | 0.20 | C. E. Hansen | 45.00 |
| | **ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS TOTAL** | | **2.90** | | **892.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC - CHAPTER 7 BANKRUPTCY | | | | Page 3 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/06/22 | Call with A. Halperin re case (.4); second call with A. Halperin (.2); discuss case and next steps with Trustee (.2) | 10 | 0.80 | B. J. Hall | 372.00 |
| 07/07/22 | Call with A. Halperin re proposed sharing arrangement (.2) and email Trustee re same (.1) | 10 | 0.30 | B. J. Hall | 139.50 |
| 07/08/22 | Call with A. Halperin re sharing arrangement (.2); update Trustee re same (.1); draft and circulate proposal (.2) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/11/22 | Call with A. Halperin re sharing arrangement (.3); discuss same with Trustee (.1) | 10 | 0.40 | B. J. Hall | 186.00 |
| 07/11/22 | Submit request for Vermont UCC search. | 10 | 0.10 | C. E. Hansen | 22.50 |
| 07/12/22 | Review and comment on counterproposal from North Mill Capital | 10 | 0.40 | B. J. Hall | 186.00 |
| 07/12/22 | Call with A. Halperin re sharing arrangement (.2); update Trustee re same (.1); draft and circulate proposal (.2) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/12/22 | Call with Trustee re North Mill sharing | 10 | 0.20 | B. J. Hall | 93.00 |
| 07/12/22 | Call with A. Halperin re North Mill sharing | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/12/22 | Follow up call with Trustee re North Mill sharing | 10 | 0.10 | B. J. Hall | 46.50 |
| 07/12/22 | Emails with A. Halperin re North Mill sharing | 10 | 0.10 | B. J. Hall | 46.50 |
| 07/12/22 | Review and circulate updated email from A. Halperin re North Mill sharing | 10 | 0.20 | B. J. Hall | 93.00 |
| 07/12/22 | Draft response to A. Halperin (.4) and follow up emails with Trustee re sharing (.1) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/13/22 | Call to A. Halperin re sharing arrangement (.2); follow up call with A. Halpeirn re sharing and requests for information (.3) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/13/22 | Draft proposed order re cash collateral and sharing arrangement | 10 | 2.30 | B. J. Hall | 1,069.50 |
| 07/13/22 | Call with (.2) and emails to (.1) D. Carickhoff re sharing arrangement and related matters | 10 | 0.30 | B. J. Hall | 139.50 |
| 07/13/22 | Draft email to A. Halperin re sharing arrangement (.4); follow up emails re same (.1) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/20/22 | Call with A. Halperin re receivables and related matters (.3); follow up emails with A. Halperin (.1) and with the Trustee (.1) | 10 | 0.50 | B. J. Hall | 232.50 |
| 07/21/22 | Follow up email to Debtors' principals re requests | 10 | 0.10 | B. J. Hall | 46.50 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | | Page 4 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/21/22 | Call with A. Halperin re status of information requests and other matters | 10 | 0.30 | B. J. Hall | 139.50 |
| 07/21/22 | Call to M. Busenkell, Debtors' counsel | 10 | 0.10 | B. J. Hall | 46.50 |
| 07/21/22 | Review and revise draft cash collateral order and email to A. Halperin | 10 | 0.30 | B. J. Hall | 139.50 |
| 07/21/22 | Review and revise Order re cash collateral and sharing agreement | 10 | 1.20 | D. W. Carickhoff, Jr. | 774.00 |
| 07/22/22 | Draft cash collateral motion | 10 | 1.00 | B. J. Hall | 465.00 |
| 07/22/22 | Respond to A. Halperin re information requests | 10 | 0.10 | B. J. Hall | 46.50 |
| 07/25/22 | Emails with S. Alves and A. Halperin re A/R aging and portal access | 10 | 0.20 | B. J. Hall | 93.00 |
| 07/26/22 | Call with S. Alves, Geneseas, re information requests | 10 | 0.10 | B. J. Hall | 46.50 |
| 07/26/22 | Multiple emails with S. Alves and A. Halperin re information requests | 10 | 0.20 | B. J. Hall | 93.00 |
| 07/28/22 | Email A. Halperin re draft cash collateral and sharing order, A/R collections, and rejection motion | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/04/22 | Call with A. Halperin, counsel to North Mill Capital, re A/R collections and proposed sharing arrangement | 10 | 0.60 | B. J. Hall | 279.00 |
| 08/04/22 | Email Trustee re update on A/R collections and proposed sharing arrangement | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/05/22 | Call with Trustee re A/R collections and comments to cash collateral and sharing order | 10 | 0.30 | B. J. Hall | 139.50 |
| 08/07/22 | Revise draft cash collateral and sharing order | 10 | 0.50 | B. J. Hall | 232.50 |
| 08/09/22 | Call with A. Halperin re cash collateral and sharing arrangement | 10 | 0.60 | B. J. Hall | 279.00 |
| 08/09/22 | Review, revise, and circulate draft cash collateral and sharing order | 10 | 0.60 | B. J. Hall | 279.00 |
| 08/09/22 | Continue drafting cash collateral motion | 10 | 0.40 | B. J. Hall | 186.00 |
| 08/10/22 | Update and circulate draft cash collateral motion and order | 10 | 0.30 | B. J. Hall | 139.50 |
| 08/10/22 | Call with A. Halperin re cash collateral and sharing | 10 | 0.30 | B. J. Hall | 139.50 |
| 08/10/22 | Email S. Alves following up on information requests | 10 | 0.20 | B. J. Hall | 93.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | | Page 5 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/11/22 | Review and update draft cash collateral and sharing motion per comments from North Mill (.4); finalize, file, and coordinate service of same (.2) | 10 | 0.60 | B. J. Hall | 279.00 |
| 08/11/22 | Call with L. Casey re case and cash collateral and sharing arrangement | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/12/22 | Review and circulate responses from S. Alves re receivables | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/17/22 | Call with L. Casey re cash collateral and sharing arrangement | 10 | 0.20 | B. J. Hall | 93.00 |
| 08/26/22 | Review and coordinate submission of CNO for cash collateral and sharing | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/26/22 | Draft and e-file CNO re: Cash Collateral Motion. | 10 | 0.30 | C. E. Hansen | 67.50 |
| 08/29/22 | Review, circulate, and coordinate service of cash collateral and sharing order | 10 | 0.10 | B. J. Hall | 46.50 |
| 08/29/22 | Serve Cash Collateral Order. | 10 | 0.20 | C. E. Hansen | 45.00 |
| 08/30/22 | Email exchange with A. Halperin and Trustee re cash collateral and sharing | 10 | 0.20 | B. J. Hall | 93.00 |
| 08/30/22 | Call with A. Halperin  re cash collateral and sharing | 10 | 0.20 | B. J. Hall | 93.00 |
| 08/31/22 | Email exchange with A. Halperin and with Trustee re cash collateral and sharing arrangement | 10 | 0.10 | B. J. Hall | 46.50 |
| 09/06/22 | Discuss cash collateral and sharing with Trustee (.1); email exchange with A. Halperin re same (.1) | 10 | 0.20 | B. J. Hall | 93.00 |
| 09/16/22 | Emails with A. Halperin and Trustee re collections | 10 | 0.10 | B. J. Hall | 46.50 |
| 09/22/22 | Call with A. Halperin re status of A/R collections and related matters | 10 | 0.30 | B. J. Hall | 139.50 |
| 10/08/22 | Review docket and respond to A. Halperin re challenge period | 10 | 0.10 | B. J. Hall | 49.50 |
| 03/03/23 | Emails with Trustee and Publix's counsel re finalizing A/R settlement | 10 | 0.10 | B. J. Hall | 49.50 |
| | **FINANCING ISSUES (DIP FINANCING/CASH COLLATERAL) TOTAL** | | **19.30** | | **9,052.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | | Page 6 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/19/22 | Emails with A. Halperin and with Debtors' principals following up on A/R | 12 | 0.10 | B. J. Hall | 46.50 |
| 07/21/22 | Email exchange with A. Halperin re A/R collection | 12 | 0.10 | B. J. Hall | 46.50 |
| 07/21/22 | Draft letter to Santa Priscila and BlueFoot re accounts receivable | 12 | 1.50 | B. J. Hall | 697.50 |
| 08/11/22 | Call with A. Halperin re Publix receivable follow up | 12 | 0.30 | B. J. Hall | 139.50 |
| 08/11/22 | Review and respond to emails with Publix re receivables | 12 | 0.20 | B. J. Hall | 93.00 |
| 08/11/22 | Review emails re Nautilus receivable | 12 | 0.10 | B. J. Hall | 46.50 |
| 08/15/22 | Follow up on Publix portal access request | 12 | 0.10 | B. J. Hall | 46.50 |
| 08/15/22 | Follow up with S. Alves re missing A/R documents | 12 | 0.10 | B. J. Hall | 46.50 |
| 08/16/22 | Follow up on Ahold portal and A/R | 12 | 0.20 | B. J. Hall | 93.00 |
| 08/17/22 | Call with S. Lieb, counsel to Publix, re receivables (.3); email to A. Halperin, counsel to North Mill Capital, re Publix (.1) | 12 | 0.40 | B. J. Hall | 186.00 |
| 08/23/22 | Email exchange with S. Lieb re Publix receivables | 12 | 0.10 | B. J. Hall | 46.50 |
| 08/25/22 | Follow up on Publix invoices | 12 | 0.10 | B. J. Hall | 46.50 |
| 08/30/22 | Review Publix documents re unpaid invoices and holdback | 12 | 0.30 | B. J. Hall | 139.50 |
| 08/30/22 | Call with S. Lieb, counsel for Publix, re A/R | 12 | 0.20 | B. J. Hall | 93.00 |
| 09/08/22 | Emails with S. Alves and Publix re invoices | 12 | 0.10 | B. J. Hall | 46.50 |
| 09/09/22 | Emails with Publix counsel and outreach to Igloo Exchange | 12 | 0.10 | B. J. Hall | 46.50 |
| 09/14/22 | Call with A. Halperin re A/R collections | 12 | 0.40 | B. J. Hall | 186.00 |
| 09/20/22 | Email exchange with A. Halperin re A/R collections | 12 | 0.10 | B. J. Hall | 46.50 |
| 09/23/22 | Review and circulate updated A/R collection report and update from North Mill | 12 | 0.20 | B. J. Hall | 93.00 |
| 09/23/22 | Call with A. Halperin re A/R collections | 12 | 0.10 | B. J. Hall | 46.50 |
| 09/25/22 | Email A. Halperin re follow up on A/R collections | 12 | 0.10 | B. J. Hall | 46.50 |
| 10/14/22 | Call (.1) and follow up email (.2) to Igloo | 12 | 0.30 | B. J. Hall | 148.50 |

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | | Page 7 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| | Exchange re shipments to Publix | | | | |
| 11/07/22 | Call with S. Lieb re Pubix receivable | 12 | 0.20 | B. J. Hall | 99.00 |
| 11/11/22 | Call with A. Prescott and J. Woodcock re IP | 12 | 0.20 | B. J. Hall | 99.00 |
| 11/11/22 | Initial review of potential IP assets (.4) and email S. Alves requesting information (.1) | 12 | 0.50 | B. J. Hall | 247.50 |
| 11/16/22 | Review and respond to email from A. Halperin, counsel to North Mill, re A/R collection | 12 | 0.10 | B. J. Hall | 49.50 |
| 11/16/22 | Update Trustee on A/R collection | 12 | 0.20 | B. J. Hall | 99.00 |
| 11/21/22 | Email S. Lieb re Publix A/R | 12 | 0.10 | B. J. Hall | 49.50 |
| 11/22/22 | Email Ahold re receivable | 12 | 0.20 | B. J. Hall | 99.00 |
| 11/29/22 | Follow up on A/R collections | 12 | 0.10 | B. J. Hall | 49.50 |
| 12/02/22 | Follow up on A/R collections | 12 | 0.10 | B. J. Hall | 49.50 |
| 01/05/23 | Email Trustee re Publix A/R | 12 | 0.10 | B. J. Hall | 49.50 |
| 01/27/23 | Draft and circulate Publix A/R settlement | 12 | 0.50 | B. J. Hall | 247.50 |
| 02/13/23 | Review and revise Publix draft settlement agreement | 12 | 0.30 | B. J. Hall | 148.50 |
| 02/15/23 | Review uncollected A/R (.4) and draft demand letter (.3) | 12 | 0.70 | B. J. Hall | 346.50 |
| 02/16/23 | Revise and circulate Publix settlement agreement (.2) and emails re same with S. Lieb, counsel to Publix (.1) | 12 | 0.30 | B. J. Hall | 148.50 |
| 03/14/23 | Call with G. Hesse, counsel to Ahold | 12 | 0.10 | B. J. Hall | 49.50 |
| 03/15/23 | Research and provided responses to G. Hesse, counsel for Ahold, re prepetition receivable | 12 | 0.80 | B. J. Hall | 396.00 |
| 04/04/23 | Finalize, file, and coordinate service of Publix settlement motion | 12 | 0.30 | B. J. Hall | 148.50 |
| 04/11/23 | Review update from Ahold re receivable | 12 | 0.10 | B. J. Hall | 49.50 |
| 04/11/23 | Call with G. Hesse re Ahold receivable | 12 | 0.30 | B. J. Hall | 148.50 |
| 04/13/23 | Review Ahold updates | 12 | 0.20 | B. J. Hall | 99.00 |
| 04/19/23 | Review email from Bryan Hall regarding and prepare CNO to Publix 9019 motion. Finalize and efile CNO. Upload order. | 12 | 0.60 | A. M. Huber | 126.00 |
| 05/22/23 | Follow up with G. Hesse re Ahold receivable | 12 | 0.20 | B. J. Hall | 99.00 |
| | **SALE OF ASSETS TOTAL** | | **11.40** | | **5,325.00** |

| | | |
|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | Page 8 |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | Page 9 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 10/05/22 | Discuss with Trustee Boyd stay relief | 13 | 0.10 | B. J. Hall | 49.50 |
| 10/06/22 | Draft certification of counsel and proposed order on Boyd stay relief request | 13 | 1.00 | B. J. Hall | 495.00 |
| 10/25/22 | Email exchange with B. Dauphin re Boyd stay relief | 13 | 0.10 | B. J. Hall | 49.50 |
| 10/28/22 | Email exchange with Y. Moore, Liberty insurance, re Canada lawsuit | 13 | 0.10 | B. J. Hall | 49.50 |
| 10/31/22 | Call with Y. Moore, Liberty Mutual, re prepetition lawsuit | 13 | 0.20 | B. J. Hall | 99.00 |
| 11/02/22 | Follow up on Canada lawsuit | 13 | 0.10 | B. J. Hall | 49.50 |
| 11/07/22 | Follow up on Boyd stay relief request | 13 | 0.10 | B. J. Hall | 49.50 |
| 11/21/22 | Finalize, file, and circulate Boyd stay relief stipulation | 13 | 0.20 | B. J. Hall | 99.00 |
| 11/22/22 | Review and circulate stay relief order | 13 | 0.10 | B. J. Hall | 49.50 |
| | **STAY RELIEF ISSUES TOTAL** | | **2.00** | | **990.00** |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | Page 10 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/12/22 | Draft, file, and coordinate service of amended notice of cash collateral motion | 17 | 0.30 | B. J. Hall | 139.50 |
| 08/16/22 | Review and comment on draft hearing agenda and emails re hearing | 17 | 0.10 | B. J. Hall | 46.50 |
| 08/16/22 | Draft and e-file NOA Cancelling 8.24.22 Hearing. | 17 | 0.50 | C. E. Hansen | 112.50 |
| 08/17/22 | Follow up with chambers re September 6 hearing | 17 | 0.10 | B. J. Hall | 46.50 |
| 08/26/22 | Submit hearing binder to chambers | 17 | 0.10 | B. J. Hall | 46.50 |
| 08/29/22 | Draft and e-file NOA Cancelling 9.6.22 Hearing. | 17 | 0.60 | C. E. Hansen | 135.00 |
| 04/19/23 | Review and submit CNO binder for 9019 motion | 17 | 0.10 | B. J. Hall | 49.50 |
| 04/20/23 | Review email from Bryan Hall regarding and effectuate service of Order granting Publix 9019 motion via email. Email to Document Production detailing instructions to effectuate service via first class mail. Prepare, finalize, efile and serve NOA cancelling 5/22/2023 hearing via email. Email to Document Production detailing instructions to effectuate service via first class mail. | 17 | 0.80 | A. M. Huber | 168.00 |
| 04/20/23 | Review and coordinate service of order granting 9019 motion (.1); review notice of agenda and related emails with A. Huber and Chambers (.1) | 17 | 0.20 | B. J. Hall | 99.00 |
| 04/20/23 | Follow up on settlement and hearing | 17 | 0.20 | B. J. Hall | 99.00 |
| | **HEARINGS - PREPARATION AND ATTENDANCE TOTAL** | | **3.00** | | **942.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | | Page 11 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/21/22 | Call with A. Boxer re Vermont state court litigation | 18 | 0.10 | B. J. Hall | 46.50 |
| 09/21/22 | Email A. Boxer re Vermont litigation and the bankruptcy case | 18 | 0.10 | B. J. Hall | 46.50 |
| 04/03/23 | Discuss case with Trustee | 18 | 0.10 | B. J. Hall | 49.50 |
| | **OTHER LITIGATION TOTAL** | | **0.30** | | **142.50** |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | Page 12 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/27/22 | Draft motion to reject leases and abandon property | 3 | 0.70 | D. W. Carickhoff, Jr. | 451.50 |
| 07/28/22 | Review and coordinate filing of motion to reject leases | 3 | 0.20 | B. J. Hall | 93.00 |
| 07/28/22 | Finalize lease rejection motion and motion to abandon property | 3 | 0.60 | D. W. Carickhoff, Jr. | 387.00 |
| 07/28/22 | E-file and serve Lease Rejection Motion. | 3 | 0.50 | C. E. Hansen | 112.50 |
| 08/15/22 | Draft, file and circulate CNO for motion to reject | 3 | 0.20 | B. J. Hall | 93.00 |
| 08/16/22 | Coordinate service of Lease Rejection Order. | 3 | 0.30 | C. E. Hansen | 67.50 |
| | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES TOTAL** | | **2.50** | | **1,204.50** |

| | | | | |
|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | | Page 13 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/23/22 | Call with A. Prescott, creditor's counsel, re case | 6 | 0.20 | B. J. Hall | 93.00 |
| 12/01/22 | Prepare for (.2) and participate in (.2) call with S. Alves re case | 6 | 0.40 | B. J. Hall | 198.00 |
| 02/14/23 | Call with Trustee re case | 6 | 0.10 | B. J. Hall | 49.50 |
| 04/03/23 | Draft Publix 9019 motion | 6 | 0.50 | B. J. Hall | 247.50 |
| 04/11/23 | Discuss case status with Trustee | 6 | 0.10 | B. J. Hall | 49.50 |
| 05/16/23 | Email exchange with S. Alves re case | 6 | 0.10 | B. J. Hall | 49.50 |
| 05/17/23 | Call with Geneseas Brazil re status of case | 6 | 0.50 | B. J. Hall | 247.50 |
| 05/23/23 | Respond to email from S. Alves | 6 | 0.10 | B. J. Hall | 49.50 |
| | **CASE ADMINISTRATION TOTAL** | | **2.00** | | **984.00** |

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: | 4290495 |
| CAR493.97021 | IN RE: GENESEAS HOLDING US LLC  -  CHAPTER 7 BANKRUPTCY | | Page 14 |

**For Charges and Disbursements**

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 04/20/23 | | PHOTOCOPYING | 27 @ 0.10 | $2.70 |
| 04/20/23 | | PHOTOCOPYING | 27 @ 0.10 | $2.70 |
| | **ETOTAL* PHOTOCOPYING** | | | **$5.40** |
| 07/23/22 | | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 00005FY328312-1; DATE: 7/23/2022 BHH TO INDUSTRIAL PESQUERA SANTA PRIS | | $143.17 |
| 07/23/22 | | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 00005FY328312-1; DATE: 7/23/2022 BHH TO THE BLUEFOOT SEAFOOD COMPANY | | $143.17 |
| | **ETOTAL* DELIVERY SERVICE** | | | **$286.34** |
| 07/22/22 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 7-836-36452; DATE: 7/22/2022  BHH TO LARISSA BASSARAB | | $27.32 |
| | **ETOTAL* FEDERAL EXPRESS** | | | **$27.32** |
| | **TOTAL DISBURSEMENTS*** | | | **$319.06** |