**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Tropical Aquaculture Products, Inc., | Case No. 22-10596 (CTG) |
| Debtor. | **Re: D.I. __** |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD JULY 5, 2022 THROUGH MAY 31, 2023**

Upon consideration of the First Interim Application of Archer & Greiner, P.C. for Allowance of Chapter 7 Compensation and Reimbursement of Expenses (the "Fee Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from July 5, 2022 through May 31, 2023 (the "Application Period"), and the Court having reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application, it is hereby

ORDERED, that the Fee Application is granted on an interim basis as set forth herein; and it is further

ORDERED, that Archer & Greiner, P.C. is awarded compensation in the amount of $19,533.00 for professional services rendered and $319.06 for costs and expenses incurred during the Application Period, and all objections of the Office of the United States Trustee for the District of Delaware are reserved for the final fee application; and it is further

2

ORDERED, that payment may be made by the Chapter 7 Trustee to Archer & Greiner of 100% of any and all fees and 100% of any and all expenses allowed hereby.