# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Tropical Aquaculture Products, Inc., | Case No. 22-10596 (CTG) |
| Debtor. | **Hearing Date: 7/20/2023 at 2:00 p.m. (ET)**<br>**Objection Deadline: 6/30/2023 at 4:00 p.m. (ET)** |

## NOTICE OF FIRST INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 5, 2022 THROUGH MAY 31, 2023

PLEASE TAKE NOTICE that Archer & Greiner, P.C. ("Archer") has filed the *First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period July 5, 2022 through May 31, 2023* (the "Fee Application"). By the Fee Application, Archer seeks an interim allowance of fees in the amount of $19,533.00 and expenses in the amount of $319.06 for the period of July 5, 2022 through May 31, 2023.

Any responses or objections to the Fee Application must be made in writing and filed on or before **June 30, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Fee Application will be held on **July 20, 2023 at 2:00 p.m. (Eastern Time)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**If no objection is filed timely and in accordance with the procedures set forth above, the Court may enter an order without further notice or hearing.**

Dated: June 16, 2023

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
302-777-4350
302-777-4352 (fax)
bjhall@archerlaw.com
*Counsel for the Chapter 7 Trustee*