# CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that on June 16, 2023, I caused copies of the foregoing document to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in this case, (ii) upon the following parties as indicated below:

By Email:

| Linda Casey, Esq. | Office of the United States Trustee | linda.casey@usdoj.gov |

By U.S. Mail:

| Cool Logistics Solutions<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540 | JKS Property Management LLC<br>Bernstein Shur c/o Adam Prescott, Esq.<br>100 Middle Street, P.O. Box 9729<br>Portland, ME 04104 |
|---|---|
| Liberty Mutual Insurance<br>100 Liberty Way<br>Dover, NH 03820 | |

 

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)

227288366 v2